IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CAROLYN STERNHAGEN**                                                      **PLAINTIFF**

    **v.**                **CIVIL NO. 08-05248**

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**                                          **DEFENDANT**

### J U D G M E N T

Now on this 19th day of January 2010, comes on for consideration the **Magistrate Judge's Report and Recommendation**, dated December 28, 2009 (document #9). Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

    **IT IS SO ORDERED.**

                                            **/s/ JIMM LARRY HENDREN**
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**